# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| **PATRICIA SEALS** *as wrongful death beneficiary and representative of the estate of Karen Beth Seals* § § § § | |
| **V.** § | NO. 1:09-CV-296 |
| **GENERAL MOTORS CORPORATION** § § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order entered on April 7, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgement with prejudice as to plaintiff's claims against defendant pursuant to the parties' joint stipulation of dismissal.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **30** day of **March, 2011.**

_____
Ron Clark, United States District Judge